UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATHAN MARQUIS LEBARON, )
      Plaintiff, ) C.A. No. 12-11134-PBS
       )
v. )
       )
MEAL MART, et al., )
      Defendants. )

MOTION OF KEITH ASHBY TO INTERVENE AS A PLAINTIFF

Keith Ashby moves the Court to allow him to intervene as a matter of right in the above-encaptioned case pursuant to RLUIPA, 1st Amendment, and Fed.R.Civ.P., Rule 24, and in support states:

1. I am listed in the DOC IMS computer system as an adherent of the Messianic Judaism faith and I partake of the kosher diet.

2. I have exhausted Administrative remedies to the DOC Commissioner of Corrections, Mr. Luis S. Spencer and have also intervened in a previous federal lawsuit regarding Messianic Judaism, which was C.A. No. 1:10-cv-12085-RGS and still none of my rights have been enforced as of yet that I can see.

3. I have exhausted the same identical issues as Plaintiff LeBaron has asserted in his lawsuit, and as such disposition of this action will impair and impede my ability to protect my interests in practicing Messianic Judaism in the future, if I am not allowed to intervene in this action.

4. I will also be seriously prejudiced and will continue to suffer retaliations and irreparable injuries if this case is not allowed to go forward.

SUBMITTED UNDER PENALTY OF PERJURY

Dated: July 15, 2012

*Keith J. Ashby*  7.15.2012

Keith Ashby
W90581
SBCC
P.O. Box 8000, Shirley, MA 01464